PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
With Restitution Owing**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

ANDREWS, Michael James

Crim. No. 14-CR-20211-01

On November 20, 2015, the above named was placed on supervised release for a period of three years. Per a supervised release violation sentencing conducted on September 26, 2018, it was ordered that the offender be terminated from supervised release with restitution owing.

Respectfully submitted,

s/Jennifer E. Paskiewicz
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26 Day day of September Month, Year 2018.

Nancy G. Edmunds
United States District Judge